**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROZINA JONES WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 4:20CV1756 HEA |
| | ) |
| UNEMPLOYMENT SECURITIES, | ) |
| | ) |
| Defendant. | ) |

### OPINION, MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's *pro se* Certified Affidavit, which the Court will construe as a civil complaint. *See* ECF No. 1. The complaint is defective because it has not been drafted on a court-provided form. *See* E.D. Mo. Local Rule 2.06(A). Moreover, plaintiff has neither paid the filing fee nor submitted an Application to Proceed Without Prepaying Fees or Costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Civil Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the court-provided form within **twenty-one (21) days** of the date of this Order. Plaintiff is advised that her amended complaint will take the place of her original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit the Application to Proceed Without Prepaying Fees or Costs within **twenty-one (21) days** of the date of this Order.

**Plaintiff's failure to timely comply with this Order shall result in the dismissal of this action, without prejudice and without further notice.**

Dated this 15th day of December, 2020.

                          HENRY EDWARD AUTREY
                        UNITED STATES DISTRICT JUDGE